*William H. Reynolds* and *Mundy & Wright,* for plaintiffs.
*O. J. Coogler,* for defendant.

MAULTSBY *et al. v.* BROWN.

No. 9099.  FEBRUARY 22, 1933.

*G. C. Webb* and *W. W. Dykes,* for plaintiffs in error.
*R. L. Maynard,* contra.

SMITH MOTOR CAR CO. *et al. v.* UNIVERSAL CREDIT CO.

No.  8867.  FEBRUARY 23, 1933.